PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: John Spencer                                    Cr.: 07-00187-001

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 06/19/2007

Original Offense: Conspiracy to Import Heroin

Original Sentence: 46 months imprisonment followed by 3 years supervised release.

Type of Supervision: Supervised release            Date Supervision Commenced: 03/21/2008

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

   The defendant shall no longer be required to reside for a period of 2 months in a community corrections center, halfway house or similar residential facility.

### CAUSE
The offender has reestablished community ties and adequate housing approved by the U.S. Probation Office. The offender is no longer in need of placement at the Toler House Community Sanction Center.

Respectfully submitted,

By: Paul E. Choinski
     U.S. Probation Officer
Date: 5/13/2008

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-16-08
Date